In the Matter of the Application of SAM ROBERTS for the Removal from Office of FRANK E. ROWE, Justice of the Peace in the Town of Bath, Steuben County.—

*Affd., 264 N. Y. 759.        †Affd., 264 N. Y. 411.

Hon. Adolph J. Rodenbeck appointed referee herein in place of Hon. John B. M. Stephens, official referee, deceased.